July 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CASTLE HILLS PHARMACY, LLC AND MICHAEL WARD, Appellants

NO. 14-13-00172-CV                                      V.

JOSEPH A. TRIAL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Joseph A. Trial, signed February 25, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Castle Hills Pharmacy, LLC and Michael Ward, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.